[No. 54534-5-I.   Division One.   July 17, 2006.]

*In the Matter of the Marriage of* N. DENYSE COOK-
WHITLATCH COURTER, *Appellant,* and JEFFREY A.
WHITLATCH, *Respondent.*

Appeal from a judgment of the Superior Court for King
County, No. 96-3-07125-4, Bonnie Canada-Thurston, J. Pro
Tem., entered June 3, 2004. *Affirmed in part* and *reversed in
part* by unpublished opinion per Appelwick, C.J., concurred
in by Coleman and Agid, JJ.

[No. 55456-5-I.   Division One.   July 17, 2006.]

*In the Matter of the Detention of* RONNIE L. JOHNSON,
*Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 03-2-19186-8, Bruce W. Hilyer, J., entered
December 13, 2004. *Affirmed* by unpublished opinion per
Appelwick, C.J., concurred in by Baker and Dwyer, JJ.

[No. 55489-1-I.   Division One.   July 17, 2006.]

MAGDI FAHIM, *Appellant,* v. LONA MAY FLEMMER ET AL.,
*Respondents.*

Appeal from a judgment of the Superior Court for King
County, No. 03-2-28290-1, Steven G. Scott, J., entered
January 13, 2005. *Affirmed in part, reversed in part,* and
*remanded* by unpublished opinion per Schindler, A.C.J.,
concurred in by Coleman and Dwyer, JJ.